# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

United States of America,
     Plaintiff,

v.                         Case No.  1:07-cv-359

Kirk A. Jackson,
a/k/a Firk A. Jackson,
     Defendant

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed August 21, 2007 (Doc. 7).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).   As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly,  it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.**  Plaintiff is awarded judgment in the amount of $14,087.42 ($4,925.91 principal and $9,161.51 interest) plus $350.00 in costs.

Date: <u>September 12, 2007</u>          <u>s/Sandra S. Beckwith</u>
                                       Sandra S. Beckwith, Chief Judge
                                       United States District Court